IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01904-PAB-KLM

LESLIE HOLLAND,

    Plaintiff,

v.

WESTERN REGIONAL EMERGENCY MEDICAL & TRAUMA ADVISORY COUNCIL, INC., ST. MARY'S HOSPITAL & MEDICAL CENTER, INC., d/b/a ST. MARY'S HOSPITAL, and ROB FIELDER,

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Motion for Protective Order** [Docket No. 36; Filed December 17, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Protective Order [Docket No. 36-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

Dated: December 17, 2010