IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No.   10-cv-01904-PAB-KLM

LESLIE HOLLAND,

      Plaintiff,

vs.

WESTERN REGIONAL EMS COUNCIL, INC.,
ST. MARY'S HOSPITAL & MEDICAL CENTER, INC.,
d/b/a ST. MARY'S HOSPITAL, and
ROB FIELDER,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**

      This matter is before the Court on the Unopposed Motion to Vacate Settlement Conference (Docket No. 40; filed December 20, 2010).

      It is hereby **ORDERED** that the Motion is **GRANTED**.  The Settlement Conference scheduled for December 22, 2010 at 1:30 p.m. before U.S. Magistrate Judge Gudrun J. Rice in Grand Junction, Colorado is **VACATED**.

      It is further **ORDERED** that this matter is set for a Telephonic Status Conference on Wednesday, March 30, 2011 at 8:30 a.m. for the purpose of rescheduling the settlement conference before Magistrate Judge Rice.  Plaintiff shall initiate the conference call to the court by calling 970.241.2187.

**DATED: December 21, 2010**